AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff-Respondent,

v.

RUSSEL KIRK ROBERTS,

         Defendant-Petitioner.

JUDGMENT

Case Number: **3:20-CR-00050-MMD-CSD-1**
(Related Case **3:23-CV-00323-MMD**)

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Roberts' motion under Section 3582(c) (ECF No. 50) is **denied without prejudice** to Roberts bringing another motion for relief after the effective date of the proposed amendments.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **denied**.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: August 21, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk